Jonathan Gross, State Bar No. 122010
jgross@bishop-barry.com
Carol L. Healey, State Bar No. 61461
chealey@bishop-barry.com
BISHOP | BARRY | DRATH
2000 Powell Street, Suite 1425
Emeryville, California 94608
Telephone: (510) 596-0888
Facsimile: (510) 596-0899

CLOSED

Attorneys for Defendants
ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and STEADFAST INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSITY PARK, LLC a California limited liability company; JAMES R. WATSON, an individual and doing business as WATSON & ASSOCIATES,<br><br>    Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York corporation; AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, a New York corporation; STEADFAST INSURANCE COMPANY, a Delaware corporation;<br><br>    Defendants. | Case No. CV11-03328 DDP (JCx)<br><br>JUDGMENT OF DISMISSAL OF THE ENTIRE ACTION ON THE ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANTS ZURICH AMERICAN INSURANCE COMPANY, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and STEADFAST INSURANCE COMPANY |

1
[PROPOSED] JUDGMENT

1  In this action, defendants ZURICH AMERICAN INSURANCE COMPANY,
2  AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY and
3  STEADFAST INSURANCE COMPANY (collectively "Defendants") brought a
4  motion for summary judgment.

5  The motion for summary judgment came on for hearing in courtroom 3 of this
6  Court on March 13, 2012. Jonathan R. Gross appeared on behalf of Defendants and
7  Andrew R. Nelson and James D. Stroffe appeared on behalf of Plaintiffs. The Court
8  heard oral argument and took the matter under submission.

9  The Court granted Defendants motion on March 22, 2012. Whereas the
10 evidence and issues presented having been fully considered and a decision having
11 been duly rendered, and whereas on March 22, 2012, the Court granted Defendants'
12 Motion for Summary Judgment in their favor on the Complaint filed by Plaintiffs
13 UNIVERSITY PARK, LLC a California limited liability company; JAMES R.
14 WATSON, an individual and doing business as WATSON & ASSOCIATES
15 (collectively "Plaintiffs"). Attached hereto as Exhibit A is a copy of this Court's
16 Order granting summary judgment.

17 Whereas the Court's ruling would entitle Defendants to a judgment of
18 dismissal with prejudice in their favor on all causes of action against them in
19 Plaintiffs' Complaint.

20 IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Plaintiffs
21 take nothing, that the action be dismissed on the merits and that a judgment of
22 dismissal with prejudice of the entire action on the Complaint brought by Plaintiffs
23 in the above-entitled action is entered in favor of Defendants as to all causes of
24 ///
25 ///
26 ///
27 ///
28 ///

1  action stated against them.  IT IS FURTHER ORDERED THAT Defendants, as the
2  prevailing parties, shall recover from Plaintiffs their costs incurred in this action
3  according to proof.

6  Dated: March 27, 2012

8  HONORABLE DEAN D. PREGERSON
9  UNITED STATES DISTRICT JUDGE FOR THE CENTRAL DISTRICT OF CALIFORNIA